IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01713-AP

COURTNEY THORP,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Teresa H. Abbott
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
303.757.5000
303.689.9627 (fax)
abbott.teresa@gmail.com

For Defendant:

Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3.   **DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** July 20, 2009

   B.   **Date Complaint was Served on U.S. Attorney's Office**: August 4, 2009

   C.   **Date Answer and Administrative Record Were Filed:** October 2, 2009

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence at this time.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7.   **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8.   **BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief**: November 25, 2009

   B.   **Response Brief due:** December 28, 2009

   C.   **Reply Brief due:** January 10, 2010

9.   **STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:** The Plaintiff requests oral argument.

   B.   **Defendant's Statement:** The Defendant does not request oral argument.

10.   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.** **(X)** **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.** **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 19th day of October, 2009

         BY THE COURT:

         *s/John L. Kane*
         U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>United States Attorney |
| /s Teresa H. Abbott<br>Teresa H. Abbott<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>303.757.5000<br>303.689.9627 (fax)<br>abbott.teresa@gmail.com | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| Attorney for Plaintiff | /s Sandra T.Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov |
| | Attorneys for Defendant |