IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1713-AP**

**COURTNEY THORP,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion for Leave to File Opening Brief Out of Time (doc. #15), filed November 27, 2009, is GRANTED.  Plaintiff's Opening Brief is accepted as timely filed.  Subsequent deadlines remain unchanged.

Dated:  December 1, 2009